IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARLENE BURRELL,

    Plaintiff,

v.                                                     No. 11-cv-393 SMV/RHS

HARLEY-DAVIDSON, INC., a foreign corporation
organized in Wisconsin and doing business in New
Mexico,
HARLEY-DAVIDSON MOTOR COMPANY, INC.,
a foreign corporation organized in Texas and doing
business in New Mexico,
SCOTT FISCHER ENTERPRISES, LLC, a foreign
corporation organized in Florida and doing business
in New Mexico,
MOTORSPORTS OF NEW MEXICO, INC., a foreign
for profit corporation organized in Florida and doing
business in New Mexico,
MOTORSPORTS OF ALBUQUERQUE, LLC, a
foreign limited liability company organized in Florida
and doing business in New Mexico,
MOTORCYCLE SAFETY FOUNDATION, INC.,
FRANK ALLEN, and
JEFFREY PIPER,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS DEFENDANTS

THIS MATTER is before the Court upon Defendants' Unopposed Motion to Dismiss Without Prejudice [Doc. 71]. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the above entitled cause against Defendants Harley-Davidson, Inc., Scott Fischer Enterprises, LLC, and Motorsports of New Mexico, Inc. is hereby dismissed without prejudice. The parties shall bear their own court costs and attorneys' fees.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge