IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DARLENE BURRELL,**

    **Plaintiff,**

vs.                                                               No. 11-cv-0393 SMV/RHS

**HARLEY-DAVIDSON MOTOR COMPANY, INC.,**
**a foreign corporation organized in Texas and doing**
**business in New Mexico;**
**MOTORSPORTS OF ALBUQUERQUE, LLC, a**
**foreign limited liability company organized in Florida**
**and doing business in New Mexico;**
**MOTORCYCLE SAFETY FOUNDATION, INC., a**
**foreign nonprofit corporation doing business in New**
**Mexico;**
**FRANK ALLEN; and**
**JEFFREY PIPER;**

    **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       Tuesday, May 8, 2012, at 2:00 p.m.

**Matter to be heard**:  Status of the case

     **IT IS ORDERED** that a status conference is hereby set for Tuesday, May 8, 2012, at 2:00 p.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

     **IT IS SO ORDERED.**

                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**