IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARLENE BURRELL,

    Plaintiff,

v.                                                                      No.:  1:11-cv-00393 JAP/RHS

HARLEY-DAVIDSON MOTOR COMPANY, INC.
a foreign corporation organized in Texas and doing
business in New Mexico; MOTORSPORTS OF
ALBUQUERQUE, LLC a foreign limited liability
company organized in Florida and doing business in
New Mexico; MOTORCYCLE SAFETY
FOUNDATION, INC., a foreign nonprofit corporation
doing business in New Mexico, FRANK ALLEN
and JEFFREY PIPER,

    Defendants.

## **ORDER**

On August 28, 2013, the Court held a hearing on the parties' JOINT MOTION TO WAIVE COSTS IN EXCHANGE FOR AN ORDER WITHDRAWING DOCUMENTS 144 AND 216 AND REMOVING THESE DOCUMENTS FROM THE RECORD (Doc. No. 295) ("Joint Motion"). At the hearing, Brian Judson represented Plaintiff, and Paul Yarbrough represented Defendants. Having considered the parties' statements at the hearing and in the Joint Motion, the Court finds that the motion is well taken and will be granted.

    IT IS THEREFORE ORDERED THAT:

        1. Document 144 (Memorandum Opinion and Order) is WITHDRAWN;

        2. Document 144 will be removed from the Court's publicly accessible Internet site by September 1, 2013, in accordance with this ORDER;

3. Document 166 (DEFENDANTS' AMENDED MOTION TO AMEND/CORRECT MOTION TO RECONSIDER COURT'S MEMORANDUM OPINION AND ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT) will be removed from the Court's publicly accessible Internet site by September 1, 2013, in accordance with this ORDER.

4. Document 216 (MEMORANDUM ORDER AND OPINION DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. No. 166)) is WITHDRAWN.

5. Document 216 (MEMORANDUM ORDER AND OPINION DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. No. 166)) will be removed from the Court's publicly accessible Internet site by September 1, 2013, in accordance with this ORDER;

6. Defendants' MOTION TO TAX COSTS (Doc. No. 293) is DENIED; and

7. The MINUTE ORDER (Doc. No. 294) granting taxable costs in the amount of $34,423.49 is WITHDRAWN.

_____
SENIOR UNITED STATES DISTRICT JUDGE